USCA1 Opinion

 

 August 29, 1994 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 94-1391 WILLIAM FIELD AND NORINNE FIELD, Plaintiffs, Appellants, v. PHILIP W. MANS, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE [Hon. Martin F. Loughlin, U.S. Senior District Judge] __________________________ ____________________ Before Torruella, Chief Judge, ___________ Selya and Cyr, Circuit Judges. ______________ ____________________ Christopher J. Seufert on brief for appellants. ______________________ Philip W. Mans on brief pro se. ______________ ____________________ ____________________ Per Curiam. Having reviewed carefully the briefs and __________ the record in this case, we affirm the judgment of the district court, affirming the decision of the bankruptcy court denying appellants' request to have the debt of approximately $150,000 of appellee to appellants excepted from discharge under 11 U.S.C. 523(a)(2)(A). This circuit has determined that to establish that a debt is nondischargeable under 11 U.S.C. 523(a)(2)(A) a creditor must prove, inter alia, that his "reliance was _____ ____ reasonable in the circumstances." In re Burgess, 955 F.2d ______________ 134, 140 (1st Cir. 1992). Since we find no clear error, see ___ In re Corporacion de Servicios Medicos Hospitalarios de _____________________________________________________________ Fajardo, 805 F.2d 440, 447-48 (1st Cir. 1986) (determination _______ of reasonableness reviewed for clear error), in the finding by the bankruptcy court that the creditors' reliance in this case was not reasonable, the judgment below is affirmed.1 ________ ____________________ 1. In bankruptcy matters, this court conducts an independent review of both the factual and legal findings of the bankruptcy court. In re G.S.F. Corp., 938 F.2d 1467, 1474 __________________ (1st Cir. 1991). Therefore, any error committed by the district court in findings of fact during its review of the bankruptcy court decision would be harmless.